UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BEATRICE BOLER, *et al.*,<br><br>    Plaintiffs,<br><br>v<br><br>DARNELL EARLEY, *et al.*,<br><br>    Defendants. | No. 5:16-CV-10323-JCO-MKM<br><br>HON. JOHN CORBETT O'MEARA<br><br>MAG. MONA K. MAJZOUB |

### NOTICE OF SCREENING DEVICE

To:  The Court, All Parties, and their Attorneys:

**PLEASE TAKE NOTICE THAT**, pursuant to the Michigan Rule of Professional Conduct:

1.    A potential or actual conflict of interest, or the appearance of a conflict of interest, exists in the above matter between the State Operations Division and Attorney General Bill Schuette, Legal Secretary Supervisor Kelly Schumaker, Judge David Hoort, Dana Wood – Attorney, and Jeffrey Seipenko – Investigator.

2.    A screening notice has been sent to all Michigan Attorney General staff advising that a conflict wall has been established and identifying all persons screened from this matter.  The screening notice specifies the conduct appropriate to observe the conflict wall.

3.    The relevant divisions within the Department are instructed to physically label all paper files relating to the screened matter and to place the file in a physically segregated area marked with special coding.  The label identifies all other divisions or persons who are screened from the file to clearly establish who may not view the contents of the file.  Any computer or electronic files are likewise marked and access denied to any screened employees.

4. The procedures outlined above have been completed in this matter.

          Respectfully submitted,

          /s/ Richard S. Kuhl
          Richard S. Kuhl (P42042)
          Margaret A. Bettenhausen (P75046)
          Megen E. Miller (P78901)
             *(pending admission)*
          Assistant Attorneys General
          Attorneys for State Defendants
          Environment, Natural Resources
             and Agriculture Division
          525 W. Ottawa Street
          P.O. Box 30755
          Lansing, MI  48909
          Phone: (517) 373-7540
          Fax:  (517)373-1610
          kuhlr@michigan.gov
          bettenhausenm@michigan.gov
Dated:  February 23, 2016    millerm59@michigan.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                              Respectfully submitted,

                                              <u>/s/ Richard S. Kuhl</u>
                                              Richard S. Kuhl (P42042)
                                              Margaret A. Bettenhausen (P75046)
                                              Megen E. Miller (P78901)
                                                  *(pending admission)*
                                              Assistant Attorneys General
                                              Attorneys for State Defendants
                                              Environment, Natural Resources
                                                 and Agriculture Division
                                              525 W. Ottawa Street
                                              P.O. Box 30755
                                              Lansing, MI  48909
                                              Phone: (517) 373-7540
                                              Fax:  (517)373-1610
                                              kuhlr@michigan.gov
                                              bettenhausenm@michigan.gov
Dated:  February 23, 2016         millerm59@michigan.gov

LF:  Flint-Boler v Earley,Snyder,DEQ,DHHS  USDCAG# 2016-0130737-A/Notice – of Screening Device – 2016-02-23

3