IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF MICHIGAN

_____

| | | |
|---|---|---|
| BEATRICE BOLER et al., | ) | |
| *Plaintiffs*, | ) | C.A. No. 5:16-cv-10323-JCO-MKM |
| | ) | JURY DEMAND |
| v. | ) | HON. JOHN CORBETT O'MEARA |
| | ) | MAG. MONA K. MAJZOUB |
| DARNELL EARLEY et al., | ) | |
| *Defendants*. | ) | |
| _____ | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Representatives of the Putative Class, Plaintiffs Pastor Edwin Anderson, Mrs. Alline Anderson, Epco Sales, LLC, and Beatrice Boler, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment and Order of Dismissal for Lack of Subject Matter Jurisdiction entered in this action on the 19th day of April, 2016.

                                        */s/ Nicholas A. Szokoly*
                                        Nicholas A. Szokoly (No. 28157)
                                        William H. Murphy, Jr.
                                        William H. Murphy III
                                        Murphy, Falcon & Murphy
                                        One South Street, 23rd Floor
                                        Baltimore, Maryland  21202
                                        Phone 410.539.6500

nick.szokoly@murphyfalcon.com
billy.murphy@murphyfalcon.com
Hassan.murphy@murphyfalcon.com

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of May, 2016 a copy of the aforegoing was served via the court's ECF filing system.

*/s/ Nicholas A. Szokoly*
Nicholas A. Szokoly